IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LORENZO COLE,

        Plaintiff,

v.                                  CASE NO. 4:13-cv-76-MW/CAS

FLORIDA DEPARTMENT
OF CORRECTIONS,

        Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No.3, filed March 6, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The Clerk shall enter judgment stating, "The Plaintiff's motion to be granted *in forma pauperis* status is **DENIED** with prejudice. Plaintiff's request to remove an action from state court to federal court is **DENIED** with prejudice."

The Clerk shall close the file.

    SO ORDERED on March 25, 2013.

                                                      s/Mark E. Walker  
                                                      United States District Judge